**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **IN THE MATTER OF INGRAM BARGE COMPANY LLC AS OWNER AND OPERATOR OF TOWBOAT FRANK JOHNSON AND BARGE ING5745, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NUMBER:  5:23-cv-81-BJB-LLK**<br><br><u>**IN ADMIRALTY**</u> |

**NOTICE OF SETTLEMENT**

The parties have reached an agreement in principle to settle this matter pending final

approval and execution of a release and settlement agreement.

RESPECTFULLY SUBMITTED this the 13th day of November, 2024

> */s/ Elizabeth B. McIntosh*
> C. Thomas Miller
> Matthew S. Eddy
> 300 Broadway
> P.O. Box 995
> Paducah, KY 42002-0995
> (270) 443-4516
> (270) 442-8247 fax
> tmiller@whitlow-law.com
> meddy@whitlow-law.com
>
> David L. Reisman, T.A. (LA Bar #21833)
> Raymond T. Waid (LA Bar #31351)
> Jessie E. Shifalo (LA Bar # 40510)
> Elizabeth B. McIntosh (LA Bar #36575)
> LISKOW & LEWIS
> 701 Poydras Street, Suite 5000
> New Orleans, Louisiana 70139-5099
> Telephone: (504) 581-7979
> dreisman@liskow.com
> rwaid@liskow.com
> jshifalo@liskow.com
> ebmcintosh@liskow.com
> PRO HAC VICE
>
> Attorneys for Ingram Barge Company LLC

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have this, the 13th day of November, 2024, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ *Elizabeth B. McIntosh*